MOED-0001        DISCLOSURE STATEMENT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

DANA MORRIS

)
)
Plaintiff(s),                                    )
)
vs.                                              )     Case No. 4:25-cv-01163
KIPP ST. LOUIS                                   )
)
)
Defendant(s).                                    )

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for
Dana Morris _____ hereby discloses the following:

1.   If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a.   Whether it is publicly traded, and if it is, on which exchange(s):
     N/A

b.   Its parent companies or corporations (if none, state "none"):
     N/A

c.   Its subsidiaries not wholly owned by the subject (if none, state "none"):
     N/A

d.   Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
     N/A

2.   If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
     N/A

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001          DISCLOSURE STATEMENT

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Signature (Counsel for Plaintiff/Defendant)

Print Name: _____Thomas Herring_____

Address: _____252 Countryshire Dr._____

City/State/Zip: Lake St. Louis, MO 63367

Phone: _____(314) 329-5662_____

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:

August 3_____, 20 25 .

Signature